IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*************************************

ANGEL OTTER o/b/o R. R.M., Jr.

    Plaintiff,        Civil Action No.
                05-cv-1177
  v.              NAM/GHL

COMMISSIONER OF SOCIAL     STIPULATION OF
SECURITY,             REMAND

    Defendant.

*************************************

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: May 31, 2006          /s/ Jaya A. Shurtliff

                 Jaya A. Shurtliff, Esq.
                 Olinsky & Shurtliff, LLP
                 300 S. State St., 5th Fl.
                 Syracuse, New York 13202
                 Attorney for Plaintiff

Dated: May 31, 2006          GLENN T. SUDDABY
                 United States Attorney
                 P.O. Box 7198
                 100 S. Clinton Street
                 Syracuse, New York 13261-7198

           By:   /S/ William H. Pease
              William H. Pease - 102338
              Assistant U.S. Attorney

SO ORDERED:
Dated: JUNE 1, 2006
Syracuse, New York

                 HON. GEORGE H. LOWE
                 U.S. MAGISTRATE JUDGE