# *United States District Court*
### *Northern District of New York*
# CIVIL JUDGMENT

**ANGEL OTTER o/b/o R.R.M., Jr.**

                                                            *Plaintiff*

                 **VS.**                                  **5:05-CV-1177 (NAM) (GHL)**

**COMMISSIONER OF SOCIAL SECURITY**

                                                            *Defendant*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon stipulation of the parties it is ordered that the final decision of the Secretary is REVERSED and the case is REMANDED for rehearing, pursuant to the fourth sentence of 42 USC section 405(g).

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe, dated the 1st day of June, 2006.

**JUNE 8, 2006**                                          **LAWRENCE K. BAERMAN**
_____

**DATE**                                                    **CLERK OF COURT**

                                                               **s/**
_____

                                                     **JOANNE BLESKOSKI**
                                                     **DEPUTY CLERK**