# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

ANGEL OTTER o/b/o
ROSS R. McFARLAND, JR.

             V.             CASE NUMBER: 5:05-CV-1177(NAM/GHL)

COMMISSIONER OF SOCIAL
SECURITY

**[ ]**     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, for an attorney fee under the Equal Access to Justice Act 28 U.S.C. §2412 in the amount $5,084.10 payable to Jaya A. Shurtliff, Esq., according to the Stipulation and Order of the Hon. Norman A. Mordue filed on June 14, 2006.

DATED:    June 16, 2006

                                                              Clerk of Court

LKB:lmp